IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 3:26-cv-44

JOSHUA DENTON,

          Plaintiff,

    v.

LEGION BREWING COMPANY
LLC et al.,

          Defendants.

## REPORT OF MEDIATOR

I hereby report and certify that on June 23, 2026, the parties and their respective

attorneys participated in a mediated settlement conference with the undersigned, the

result of which was a settlement of all claims. The parties will be filing a stipulation of

dismissal.

This 23 day of June, 2026.

s/ Stephen J. Dunn
NC State Bar No. 25796
MILES MEDIATION AND ARBITRATION
6101 Carnegie Boulevard, Suite 450
Charlotte, NC 28209
Telephone: (704) 608-6063
Email: sdunn@milesadr.com
*Mediator*